IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FELIPE POLANCO DIAZ,**<br><br>Plaintiff,<br><br>v.<br><br>**BURTON, et al.,**<br><br>Defendants. | 2:21-cv-01583 KJN P<br><br>~~(PROPOSED)~~ **ORDER CHANGING ADR DEADLINES**<br><br><br><br>Judge:         The Hon. Kendall J. Newman<br>Trial Date:    Not Set<br>Action Filed:  September 2, 2021 |

     On June 1, 2022, plaintiff filed a motion for a 120 day stay of this action due to his transfer to the Los Angeles County Jail to testify as a witness in an unrelated criminal action. (ECF No. 25.) On July 20, 2022, defendants filed a second motion for administrative relief for an extension of time to schedule a settlement conference and to file a motion to opt out of the Post-Screening ADR Project. Counsel for defendants declare, *inter alia*, that it is unknown when plaintiff will be returned to CDCR custody.

     Good cause appearing, IT IS HEREBY ORDERED that:

     1. Plaintiff's motion (ECF No. 25) is partially granted;

     2. Defendants' motion (ECF No. 27) is granted;

3. The deadline to contact the Courtroom Deputy to schedule a settlement conference is extended to October 3, 2022, and the deadline to file a motion to opt out of the Post-Screening ADR Project is extended to November 5, 2022; and

3. The stay of this action is continued until further court order.

Dated:  July 22, 2022

/diaz1583.ext

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE