1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    FELIPE POLANCO DIAZ,                       No.  2:21-cv-1583 KJN P

12                 Plaintiff,

13         v.                                     ORDER

14    BURTON, et al.,

15                 Defendants.

16

17         Plaintiff filed a motion to compel defendants to provide plaintiff with the funds in

18    connection with the settlement achieved in December of 2022.  (ECF No. 36.)  However,

19    defendants filed an opposition, providing evidence that plaintiff received payment in his inmate

20    trust account for the settlement.  Therefore, plaintiff's motion is denied.

21         Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 36) is denied.

22    Dated:  December 21, 2023

23

24                                              KENDALL J. NEWMAN
                                               UNITED STATES MAGISTRATE JUDGE
25

26

27    /diaz1583.set.d

28